Ashley A. Marton, OSB 171584
ashley@employmentlaw-nw.com
Craig A. Crispin, OSB No. 82485
crispin@employmentlaw-nw.com
**CRISPIN EMPLOYMENT LAW PC**
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone:  503-293-5770
Fax:  503-293-5766
      Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **AMBER HICKS,** | Civil No. 3:20-cv-01344-MO |
| Plaintiff, | |
| v. | |
| **NATIONSTAR MORTGAGE LLC**, a foreign business limited liability company, formerly known as **SERTERUS, INC**., a subsidiary of **INTERNATIONAL BUSINESS MACHINES CORPORATION**, a foreign business corporation, | **FIRST JOINT MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |
| Defendants. | |

## MOTION

Pursuant to Local Rules 16-3 and 7-3, Plaintiff Amber Hicks and Defendant Nationstar Mortgage LLC, *etc*., respectfully request, for good cause shown, that the Court extend the Notice of Case Assignment and Discovery and Pretrial Scheduling Order [Dkt No. 2] to allow the parties time to negotiate a resolution to the matter. The parties move the Court for an order

extending the current discovery and pretrial deadlines by 60 days as follows:

| CURRENT | | PROPOSED |
|---|---|---|
| Fact Discovery Completed | December 8, 2020 | February 8, 2021 |
| Joint ADR Report & Pretrial Order | January 7, 2020 | March 8, 2021 |

The reason for this Motion is to allow the parties additional time to negotiate a resolution. This Motion is made for good cause and not for the purposes of delay. This is the first requested extension of deadlines.

DATED: December 29, 2020

**CRISPIN EMPLOYMENT LAW PC**                    **OLGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**

By: /Ashley A. Marton                                         By:  s/Elizabeth A. Falcone (signature authorized)
    Ashley A. Marton, OSB No. 171584                  Elizabeth A. Falcone, OSB No. 111694
    Of Attorneys for Plaintiff                                    Of Attorneys for Defendants