Elizabeth A. Falcone, OSB No. 111694
elizabeth.falcone@ogletree.com
Carlie E. Bacon, OSB No. 172949
carlie.bacon@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503-552-2140
Fax:                503-224-4518

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| AMBER HICKS,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC, A FOREIGN BUSINESS LIMITED LIABILITY COMPANY, FORMERLY KNOWN AS SETERUS, INC., A SUBSIDIARY OF IBM CORPORATION, A FOREIGN BUSINESS CORPORATION,<br><br>        Defendant. | **Case No.: 3:20-CV-01344-MO**<br><br>**STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to either party.

1 – STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518

**IT IS SO ORDERED** this action is hereby dismissed with prejudice and without costs to any party.

DATED this _____ day of March, 2021.

_____
The Honorable Michael W. Mosman

**IT IS SO STIPULATED:**

| | |
|---|---|
| Dated: March 17, 2021 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| | By: /s/ Elizabeth A. Falcone |
| | Elizabeth A. Falcone, OSB No. 111694 |
| | elizabeth.falcone@ogletree.com |
| | Carlie E. Bacon, OSB No. 172949 |
| | carlie.bacon@ogletree.com |
| | 503-552-2140 |
| | Attorneys for Defendant |
| | NATIONSTAR MORTGAGE, LLC |
| Dated: March 17, 2021 | **CRISPIN EMPLOYMENT LAW PC** |
| | By: /s/ Ashley A. Marton |
| | Ashley A. Marton, OSB No.171584 |
| | ashley@employmentlaw-nw.com |
| | Craig A. Crispin, OSB No. 82485 |
| | crispin@employmentlaw-nw.com |
| | 503-282-0863 |
| | Attorneys for Plaintiff |
| | AMBER HICKS |

46414563.1

2 – STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518