Elizabeth A. Falcone, OSB No. 111694
elizabeth.falcone@ogletree.com
Carlie E. Bacon, OSB No. 172949
carlie.bacon@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone:   503-552-2140
Fax:         503-224-4518

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| AMBER HICKS,<br><br>           Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, A FOREIGN BUSINESS LIMITED LIABILITY COMPANY, FORMERLY KNOWN AS SETERUS, INC., A SUBSIDIARY OF IBM CORPORATION, A FOREIGN BUSINESS CORPORATION,<br><br>           Defendant. | Case No.: 3:20-CV-01344-MO<br><br>**STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to either party.

1 – STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

IT IS SO ORDERED this action is hereby dismissed with prejudice and without costs to any party.

DATED this 18 day of March, 2021.

_____
The Honorable Michael W. Mosman

IT IS SO STIPULATED:

Dated: March 17, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Elizabeth A. Falcone
Elizabeth A. Falcone, OSB No. 111694
elizabeth.falcone@ogletree.com
Carlie E. Bacon, OSB No. 172949
carlie.bacon@ogletree.com
503-552-2140

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

Dated: March 17, 2021

CRISPIN EMPLOYMENT LAW PC

By: /s/ Ashley A. Marton
Ashley A. Marton, OSB No.171584
ashley@employmentlaw-nw.com
Craig A. Crispin, OSB No. 82485
crispin@employmentlaw-nw.com
503-282-0863

Attorneys for Plaintiff
AMBER HICKS

46414563.1

2 – STIPULATED DISMISSAL OF CLAIMS
WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518